FILED
2016 APR 25 P 2:40
SUSAN Y. SOONG
CLERK US DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

THE MATTER OF ELLIOTT (deceased) and JOAN VALDERRAMA, Property located at 3314 SCHOOL STREET, OAKLAND, CALIFORNIA 94602.

_______________________________________/

No. C 16-80086 WHA

**ORDER TO RECONVEY AND QUITCLAIM DEED OF PROPERTY**

WHEREAS, a deed of trust was executed in favor of the United States District Court for the Northern District of California on May 17, 1985, by Elliott and Joan Valderrama as security for a bond as evidenced in the attached Exhibit A, deed of trust instrument number 1985-95539 of official records of Alameda, California, described as 3314 School Street, Oakland, California 94602, and

WHEREAS, the Court has determined it no longer needs the deed of trust as security.

**THEREFORE, IT IS HEREBY ORDERED** that the Clerk of the Court reconvey and quitclaim all interest in the deed of the property to the owners Elliott (deceased) and Joan Valderrama. A copy of this order and the reconveyance will be mailed to property owner Joan Valderrama at P. O. Box 665, Mountain Ranch, California 95246.

**IT IS SO ORDERED.**

Dated: April 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

X6

EXHIBIT A

RECORDING REQUESTED BY

ELLIOTT S. VALDERRAMA
624 HILLSBOROUGH ST.
OAKLAND, CALIF. 94606

AND WHEN RECORDED MAIL TO

WILLIAM L. WHITTAKER
CLERK OF THE U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIF. 94102

6/2

85-095539

RECORDED IN OFFICIAL RECORDS OF ALAMEDA COUNTY, CALIF. RENE C. DAVIDSON COUNTY RECORDER

'85 MAY 17 AM 11 43

85-095539

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST AND ASSIGNMENT OF RENTS

(Escrow No. ________)

**This Deed of Trust,** Made this 13th day of MAY, 1985
**Between** ELLIOTT S. VALDERRAMA AND JOAN VALDERRAMA, HIS WIFE, AS JOINT TENANTS herein called TRUSTOR,
whose address is 624 HILLSBOROUGH ST. OAKLAND, CALIFORNIA
(Number and Street) (City) (Zone) (State)
WILLIAM L. WHITTAKER, a California corporation, herein called TRUSTEE, and WILLIAM L. WHITTAKER, CLERK OF THE U.S. DISTRICT COURT 450 GOLDEN GATE AVE., SAN FRANCISCO, CAL. 94102, herein called BENEFICIARY,

**Witnesseth:** That Trustor irrevocably GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST WITH POWER OF SALE, that real property in the CITY OF OAKLAND County of ALAMEDA, State of California, described as:

SEE EXHIBIT "A"
PARCEL NO. 28-951-43

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by Paragraph 5 of Part B of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, FOR THE PURPOSE OF SECURING payment of indebtedness evidenced by a promissory note, of even date herewith, executed by Trustor FOR VALUABLE CONSIDERATION $________), any additional sums and interest thereon which may hereafter be loaned to the Trustor or his successors or assigns by the Beneficiary, and the performance of each agreement herein contained. Additional loans hereafter made and interest thereon shall be secured by this Deed of Trust only if made to the Trustor while he is the owner of record of his present interest in said property, or to his successors or assigns while they are the owners of record thereof, and shall be evidenced by a promissory note reciting that it is secured by this Deed of Trust.

BY THE EXECUTION AND DELIVERY OF THIS DEED OF TRUST and the note secured hereby the parties hereto agree that there are adopted and included herein for any and all purposes by reference as though the same were written in full herein the provisions of Section A, including paragraphs 1 through 6 thereof, and of Section B, including paragraphs 1 through 14 thereof, of that certain fictitious Deed of Trust recorded in the official records in the offices of the County Recorders of the following counties of the State of California on June 24, 1964, unless otherwise indicated by * or **, in the reels and images, or books and pages designated after the name of each county:

| COUNTY | REEL (BOOK) | IMAGE (PAGE) | COUNTY | REEL (BOOK) | IMAGE (PAGE) | COUNTY | REEL (BOOK) | IMAGE (PAGE) | COUNTY | REEL (BOOK) | IMAGE (PAGE) | COUNTY | REEL (BOOK) | IMAGE (PAGE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1240 | 748 | *Imperial | 1186 | 330 | **Modoc | 190 | 443 | *San Diego | See | Note | Sonoma | 2054 | 392 |
| **Alpine | 2 | 468 | *Inyo | 164 | 645 | *Mono | 68 | 401 | San Francisco | A779 | 328 | Stanislaus | 1956 | 520 |
| Amador | 131 | 437 | Kern | 3738 | 710 | Monterey | 535 | 382 | San Joaquin | 2836 | 313 | Sutter | 652 | 252 |
| Butte | 1320 | 390 | Kings | 855 | 973 | Napa | 701 | 190 | San Luis Obispo | 1303 | 339 | Tehama | 454 | 397 |
| Calaveras | 183 | 62 | Lake | 431 | 195 | Nevada | 359 | 239 | San Mateo | 4738 | 474 | Trinity | 108 | 179 |
| Colusa | 322 | 234 | *Lassen | 190 | 520 | *Orange | 7104 | 531 | *Santa Barbara | 2056 | 1120 | Tulare | 2516 | 318 |
| Contra Costa | 4645 | 442 | Los Angeles | T3770 | 83 | Placer | 1020 | 84 | Santa Clara | 6554 | 126 | *Tuolumne | 174 | 349 |
| Del Norte | 100 | 55 | Madera | 906 | 449 | Plumas | 166 | 577 | Santa Cruz | 1626 | 256 | *Ventura | 2568 | 494 |
| El Dorado | 695 | 663 | Marin | 1828 | 335 | *Riverside | 3730 | 384 | Shasta | 793 | 479 | Yolo | 763 | 159 |
| Fresno | 5026 | 525 | Mariposa | 89 | 509 | Sacramento | 4995 | 786 | *Sierra | 37 | 474 | Yuba | 395 | 641 |
| Glenn | 467 | 189 | *Mendocino | 662 | 393 | San Benito | 299 | 128 | *Siskiyou | 504 | 665 | | | |
| *Humboldt | 793 | 510 | Merced | 1655 | 175 | *San Bernardino | 6177 | 565 | Solano | 1277 | 522 | | | |

*June 23, 1964; **June 26, 1964; Note: File Page 114679, Series 5, Book 1964

A copy of said provisions so adopted and included herein by reference is set forth on the reverse hereof.

THE UNDERSIGNED TRUSTOR REQUESTS THAT A COPY OF ANY NOTICE OF DEFAULT AND OF ANY NOTICE OF SALE HEREUNDER BE MAILED TO HIM AT HIS ADDRESS HEREINBEFORE SET FORTH.

Signature of Trustor

ELLIOTT S. VALDERRAMA

JOAN VALDERRAMA

STATE OF CALIFORNIA
COUNTY OF ALAMEDA } SS.

On ________, 19__, before me, the undersigned, a Notary Public in and for said County and State, personally appeared ________ known to me to be the person_ whose name_ ____ subscribed to the within instrument, and acknowledged to me that __he__ executed the same.

Notary's Signature ________

Form No. 166 Revised 9-67



85-093539

PARCEL NO. 26-951-43
EXHIBIT "A"

CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA.

A PORTION OF LOTS 16 AND 17 IN BLOCK "T", AS SAID LOTS AND BLOCK ARE SHOWN ON THE "MAP OF LAUREL GROVE PARK, BROOKLYN TP., ALAMEDA CO., CALIFORNIA", FILED OCTOBER 31, 1900 IN BOOK 16 OF MAPS, PAGE 12, IN THE OFFICE OF THE COUNTY RECORDER OF ALAMEDA COUNTY, BOUNDED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHEASTERN LINE OF SCHOOL STREET, DISTANT THEREON SOUTH 61 DEGREES 26' EAST 115.00 FEET FROM THE INTERSECTION THEREOF WITH THE SOUTHEASTERN LINE OF LAUREL AVENUE, AS SAID STREET AND AVENUE ARE SHOWN ON SAID MAP; RUNNING THENCE ALONG THE SAID LINE OF SCHOOL STREET, SOUTH 61 DEGREES 26' EAST 38.67 FEET TO A POINT ON THE NORTHWESTERN BOUNDARY LINE OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN DEED FROM JERRY MURPHY AND WIFE TO EDGAR A. FRIEDRICHSEN AND CLARA L. FRIEDRICHSEN, HIS WIFE, DATED MAY 11, 1945 AND RECORDED MAY 17, 1945, IN BOOK 4723 OF OFFICIAL RECORDS OF ALAMEDA COUNTY, PAGE 70; THENCE ALONG THE SAID LAST MENTIONED LINE AND ALONG THE NORTHEASTERN LINE OF THE SAID FRIEDRICHSEN PARCEL OF LAND, THE TWO FOLLOWING COURSES AND DISTANCES: NORTH 27 DEGREES 54' EAST 81.87 FEET AND SOUTH 61 DEGREES 26' EAST 18.27 FEET TO A POINT ON THE EXTERIOR BOUNDARY LINE OF SAID LOT 16; THENCE EASTERLY ALONG THE SAID LAST MENTIONED LINE 30.50 FEET, MORE OR LESS, TO A POINT ON THE NORTHEASTERN BOUNDARY LINE OF SAID LOT 16; THENCE NORTHWESTERLY ALONG THE SAID LAST MENTIONED LINE AND ALONG THE NORTHEASTERN BOUNDARY LINE OF SAID LOT 17, A DISTANCE OF 60.60 FEET TO THE MOST NORTHERN CORNER OF SAID LOT 17; THENCE SOUTHWESTERLY ALONG THE NORTHWESTERN BOUNDARY LINE OF SAID LOT 17, A DISTANCE OF 37.50 FEET; THENCE SOUTHERLY IN A DIRECT LINE 89.00 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.